UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE A. MAGANA,<br><br>　　　　　　　　　Plaintiff<br><br>　v.<br><br>RENE BAKER, et al.,<br><br>　　　　　　　　　Defendants | Case No.  3:22-cv-00563-ART-CSD<br><br>ORDER |

**I.   DISCUSSION**

On December 29, 2022, this Court issued an order granting Plaintiff until February 27, 2023, to either pay the full $402 filing fee for a civil action or to submit a fully complete application to proceed *in forma pauperis* with all three required documents. (ECF No. 3). In response, Plaintiff filed another incomplete application that, once again, is missing a completed financial certificate and a copy of his inmate trust fund account. (ECF No. 4).

The Court *sua sponte* grants Plaintiff an extension of time until April 7, 2023, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents.

**II.   CONCLUSION**

It is therefore ordered that Plaintiff has **until April 7, 2023**, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

1  The Clerk of the Court is directed to send Plaintiff Magana the approved form
2 application to proceed *in forma pauperis* for an inmate and instructions for the same.

3  DATED: March 7, 2023.

_____
UNITED STATES MAGISTRATE JUDGE